Form 137 – aplccmpn

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.: 16–30458–JKS
                    Chapter: 13
                    Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Seth Lawrence Kain                           Lisa Berkeley Kain
  4 Crestview Court East                    4 Crestview Court East
  Morris Plains, NJ 07950–2003           Morris Plains, NJ 07950–2003

Social Security No.:
  xxx–xx–2066                                   xxx–xx–8645

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:      3/28/19
Time:     10:00 AM
Location:  Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Stephen M. Goldberg, Debtor's Attorney

COMMISSION OR FEES
$1,300.00

EXPENSES

Creditors may be heard before the applications are determined.

    An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: March 6, 2019
JAN: zlh

                                                                     Jeanne Naughton
                                                                     Clerk