Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

            Case No.:  16−30458−JKS
            Chapter:  13
            Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Seth Lawrence Kain                                   Lisa Berkeley Kain
   4 Crestview Court East                           4 Crestview Court East
   Morris Plains, NJ 07950−2003             Morris Plains, NJ 07950−2003

Social Security No.:
   xxx−xx−2066                                         xxx−xx−8645

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:      3/28/19
Time:     10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Stephen M. Goldberg, Debtor's Attorney

COMMISSION OR FEES
$1,300.00

EXPENSES

Creditors may be heard before the applications are determined.

     An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: March 6, 2019
JAN: zlh

                                                              Jeanne Naughton
                                                               Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 16-30458-JKS
Seth Lawrence Kain                                                     Chapter 13
Lisa Berkeley Kain
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Mar 06, 2019
                              Form ID: 137             Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2019.
db/jdb          Seth Lawrence Kain,   Lisa Berkeley Kain,   4 Crestview Court East,
                 Morris Plains, NJ 07950-2003
cr             +DEUTSCHE BANK NATIONAL TRUST COMPANY,   Robertson Anschutz & Schneid, P.L.,
                 6409 Congress Ave., Suite 100,   Boca Raton,, FL 33487,   UNITED STATES 33487-2853
516465751       Advanced Spinal Care & Assoc,   PO Box 2266,   Morristown, NJ 07962-2266
516465753      +Barclays Bank Delaware,   Po Box 8803,   Wilmington, DE 19899-8803
516465752      +Barclays Bank Delaware,   Po Box 8801,   Wilmington, DE 19899-8801
516590587       Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
516465757      +Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
516465756      +Chase Card,   Attn: Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850-5298
516686558      +DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee fo,   1661 Worthington Road, Suite 100,
                 West Palm Beach, FL 33409-6493
516465758      +Denville Diagnostics Imaging,   161 E Main Street,   Denville, NJ 07834-2647
516681809      +Deutsche Bank National Trust Company,   Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853
516465759      +Equifax Credit Information Services,   P O Box 740241,   Atlanta, GA 30374-0241
516465760      +Experian,   P O Box 2002,   Allen, TX 75013-2002
516465761      +Franklin Surgical Center,   175 Morristown Road, Suite 2,   Basking Ridge, NJ 07920-1655
516465762      +J. Jill,   PO Box 2006,   1000 Birch Pond Drive,   Tilton, NH 03276-2006
516465765      +MIchael Harrison, Esq.,   3155 Route 10 East- Suite 214,   Denville, NJ 07834-3430
516465767      +NJ Pain Consultants PC,   P.O. Box 4640,   Rutherford, NJ 07070-0464
516465766       New Jersey Imaging Network,   27695 Network Place,   Chicago, IL 60673-1276
516465771      +Ocwen Loan Servicing Llc,   12650 Ingenuity Dr,   Orlando, FL 32826-2703
516465772      +PNC Bank,   Consumer Loan Center,   2730 Liberty Ave,   Pittsburgh, PA 15222-4704
516465773      +Richard A. Dickes, M.D., P.A.,   310 Madison Avenue, Suite 220,   Morristown, NJ 07960-6967
516465778     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,    4 Gatehall Dr Ste 350,
                 Parsippany, NJ 07054)
516465776      +Tax Collector - Borough of Morris Plains,   531 Speedwell Ave,   Morris Plains, NJ 07950-2122
516574826      +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
                 Addison, Texas 75001-9013
516465779      +TransUnion,   P O Box 2000,   Chester, PA 19016-2000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 06 2019 23:43:51      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 06 2019 23:43:49      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516465755       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 06 2019 23:46:11      Capital One,
                 15000 Capital One Dr,   Richmond, VA 23238
516465754      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 06 2019 23:46:11      Capital One,
                 Po Box 30285,   Salt Lake City, UT 84130-0285
516465764      +E-mail/Text: bncnotices@becket-lee.com Mar 06 2019 23:43:00      Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-5660
516465763      +E-mail/Text: bncnotices@becket-lee.com Mar 06 2019 23:43:00      Kohls/Capital One,
                 Po Box 3120,   Milwaukee, WI 53201-3120
516656814      +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 06 2019 23:44:01      Nordstrom Fsb,
                 c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
516465769      +E-mail/Text: bnc@nordstrom.com Mar 06 2019 23:43:07      Nordstrom Fsb,   13531 E Caley Ave,
                 Englewood, CO 80111-6505
516465768      +E-mail/Text: bnc@nordstrom.com Mar 06 2019 23:43:07      Nordstrom Fsb,   Correspondence,
                 Po Box 6555,   Englewood, CO 80155-6555
516465770      +Fax: 407-737-5634 Mar 07 2019 00:10:52      Ocwen Loan Servicing Llc,   Attn: Research Dept,
                 1661 Worthintong Rd Ste 100,   West Palm Beach, FL 33409-6493
516684781       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 06 2019 23:47:22
                 Portfolio Recovery Associates, LLC,   c/o Barclaycard,   POB 41067,   Norfolk VA 23541
516685300       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 06 2019 23:46:15
                 Portfolio Recovery Associates, LLC,   c/o Capital One Bank, N.A.,   POB 41067,
                 Norfolk VA 23541
516675802       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 06 2019 23:47:20
                 Portfolio Recovery Associates, LLC,   c/o Orchard Bank,   POB 41067,   Norfolk VA 23541
516465774      +E-mail/Text: bankruptcy@savit.com Mar 06 2019 23:44:33      Savit Coll,   Po Box 250,
                 East Brunswick, NJ 08816-0250
516465775      +E-mail/Text: bankruptcy@savit.com Mar 06 2019 23:44:33      Savit Coll,   46 W Ferris St,
                 East Brunswick, NJ 08816-2159
516666343      +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2019 23:46:32      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 16

```
District/off: 0312-2              User: admin                Page 2 of 2                  Date Rcvd: Mar 06, 2019
                                  Form ID: 137               Total Noticed: 41
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Deutsche Bank National Trust Company,   Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Ave.,    Suite 100,    Boca Raton, FL 33487-2853
516465777*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Co,    Po Box 8026,    Cedar Rapids, IA 52408)
                                                                                          TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elizabeth L. Wassall    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for
               ewassall@logs.com, njbankruptcynotifications@logs.com
              Kevin M. Buttery    on behalf of Creditor    Deutsche Bank National Trust Company
               bkyefile@rasflaw.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Miriam Rosenblatt    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
               bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              Sindi Mncina    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY smncina@rascrane.com
              Stephen M. Goldberg    on behalf of Joint Debtor Lisa Berkeley Kain bk2notices@smgpc.com
              Stephen M. Goldberg    on behalf of Debtor Seth Lawrence Kain bk2notices@smgpc.com
                                                                                             TOTAL: 9
```