| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>Stephen M. Goldberg, PC<br>917 North Washington Avenue<br>Green Brook, NJ 08812<br>(732) 752-8834<br>Stephen M. Goldberg, Esq. (SMG0478)<br>Attorney for the Debtor(s) | Order Filed on April 2, 2019 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>SETH LAWRENCE KAIN and<br>LISA BERKELEY KAIN | Case No.: 16-30458<br>Chapter: 13<br>Judge: JKS |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: April 2, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Stephen M. Goldberg, Esq._____, the applicant, is allowed a fee of $ ___1,300.00___ for services rendered and expenses in the amount of $_____ for a total of $___1,300.00___. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*