| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>Stephen M. Goldberg, PC<br>917 North Washington Avenue<br>Green Brook, NJ 08812<br>(732) 752-8834<br>Stephen M. Goldberg, Esq. (SMG0478)<br>Attorney for the Debtor(s) | Order Filed on April 2, 2019 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>SETH LAWRENCE KAIN and<br>LISA BERKELEY KAIN | Case No.: 16-30458<br>Chapter: 13<br>Judge: JKS |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED:** April 2, 2019

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Stephen M. Goldberg, Esq._____, the applicant, is allowed a fee of $ _____1,300.00_____ for services rendered and expenses in the amount of $_____ for a total of $_____1,300.00_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

rev.8/1/15

2

United States Bankruptcy Court
District of New Jersey

In re:  
Seth Lawrence Kain  
Lisa Berkeley Kain  
    Debtors

Case No. 16-30458-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin     Page 1 of 1     Date Rcvd: Apr 03, 2019  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2019.  
db/jdb        Seth Lawrence Kain,    Lisa Berkeley Kain,    4 Crestview Court East,    Morris Plains, NJ   07950-2003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2019          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2019 at the address(es) listed below:
- Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
- Elizabeth L. Wassall    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for ewassall@logs.com, njbankruptcynotifications@logs.com
- Kevin M. Buttery    on behalf of Creditor    Deutsche Bank National Trust Company bkyefile@rasflaw.com
- Marie-Ann Greenberg    magecf@magtrustee.com
- Miriam Rosenblatt    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
- Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
- Sindi Mncina    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY smncina@rascrane.com
- Stephen M. Goldberg    on behalf of Joint Debtor Lisa Berkeley Kain bk2notices@smgpc.com
- Stephen M. Goldberg    on behalf of Debtor Seth Lawrence Kain bk2notices@smgpc.com

                                                                   TOTAL: 9