UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Toyota Lease Trust

In Re:
    Kain, Lisa Berkeley

    Kain, Seth Lawrence

Order Filed on July 7, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No:    <u>16-30458 JKS</u>

Chapter: <u>13</u>

Hearing Date: **June 27, 2019 at 10:00AM.**

Judge:  John K. Sherwood

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: July 7, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

[Type text]

Upon the motion of <u>Toyota Lease Trust</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐    Real Property More Fully Described as:

■    Personal Property More Fully Describes as:

**2016 LEXUS RX350, VIN:2T2BZMCA3GC023276**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:
Seth Lawrence Kain
Lisa Berkeley Kain
     Debtors

Case No. 16-30458-JKS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Jul 08, 2019
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2019.
db/jdb        Seth Lawrence Kain,   Lisa Berkeley Kain,   4 Crestview Court East,   Morris Plains, NJ   07950-2003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2019                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2019 at the address(es) listed below:
         Denise E. Carlon   on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Elizabeth L. Wassall   on behalf of Creditor   Ocwen Loan Servicing, LLC as servicer for ewassall@logs.com, njbankruptcynotifications@logs.com
         Kevin M. Buttery   on behalf of Creditor   Deutsche Bank National Trust Company bkyefile@rasflaw.com
         Marie-Ann Greenberg   magecf@magtrustee.com
         Miriam Rosenblatt   on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY miriam.rosenblatt@mhllp.com, mrosenblatt@rasflaw.com
         Rebecca Ann Solarz   on behalf of Creditor   Toyota Lease Trust rsolarz@kmllawgroup.com
         Sindi Mncina   on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY smncina@rascrane.com
         Stephen M. Goldberg   on behalf of Joint Debtor Lisa Berkeley Kain bk2notices@smgpc.com, bk2notices@gmail.com
         Stephen M. Goldberg   on behalf of Debtor Seth Lawrence Kain bk2notices@smgpc.com, bk2notices@gmail.com
                                 TOTAL: 9