*rev.8/1/18*

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re:<br>**Seth Lawrence Kain**<br>**Lisa Berkeley Kain** | Case No.<br>Chapter:<br>Judge: | **16-30458**<br>**13**<br>**JKS** |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____**Seth Lawrence Kain**_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑  I am not required to pay domestic support obligations.

    ☐  I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date:  **August 31, 2021**　　　　　　　　　　　　/s/ Seth Lawrence Kain
　　　　　　　　　　　　　　　　　　　　　　　　　**Seth Lawrence Kain**
　　　　　　　　　　　　　　　　　　　　　　　　　Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**