| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br>**Seth Lawrence Kain**<br>**Lisa Berkeley Kain** | Case No.   **16-30458**<br>Chapter:   **13**<br>Judge:   **JKS** |

rev.8/1/18

# CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____**Lisa Berkeley Kain**_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date:   **August 31, 2021**                              /s/ Lisa Berkeley Kain
                                                                              **Lisa Berkeley Kain**
                                                                              Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**