Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 16−30458−JKS
        Chapter: 13
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Seth Lawrence Kain | Lisa Berkeley Kain |
| 4 Crestview Court East | 4 Crestview Court East |
| Morris Plains, NJ 07950−2003 | Morris Plains, NJ 07950−2003 |

Social Security No.:
  xxx−xx−2066                             xxx−xx−8645

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 15, 2021</u>         <u>John K. Sherwood</u>
                                        Judge, United States Bankruptcy Court