| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Seth Lawrence Kain <br> First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–2066 <br> EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Lisa Berkeley Kain <br> First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–8645 <br> EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–30458–JKS | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Seth Lawrence Kain        Lisa Berkeley Kain

11/15/21        **By the court:** John K. Sherwood
                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-30458-JKS |
| Seth Lawrence Kain | Chapter 13 |
| Lisa Berkeley Kain | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 15, 2021 | Form ID: 3180W | Total Noticed: 42 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Seth Lawrence Kain, Lisa Berkeley Kain, 4 Crestview Court East, Morris Plains, NJ 07950-2003 |
| cr | + | DEUTSCHE BANK NATIONAL TRUST COMPANY, Robertson Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton,, FL 33487, UNITED STATES 33487-2853 |
| 516465751 | | Advanced Spinal Care & Assoc, PO Box 2266, Morristown, NJ 07962-2266 |
| 516686558 | + | DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee fo, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 516465758 | + | Denville Diagnostics Imaging, 161 E Main Street, Denville, NJ 07834-2647 |
| 516681809 | + | Deutsche Bank National Trust Company, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 516465759 | + | Equifax Credit Information Services, P O Box 740241, Atlanta, GA 30374-0241 |
| 516465760 | + | Experian, P O Box 2002, Allen, TX 75013-2002 |
| 516465761 | + | Franklin Surgical Center, 175 Morristown Road, Suite 2, Basking Ridge, NJ 07920-1657 |
| 516465765 | + | MIchael Harrison, Esq., 3155 Route 10 East- Suite 214, Denville, NJ 07834-3430 |
| 516465767 | + | NJ Pain Consultants PC, P.O. Box 4640, Rutherford, NJ 07070-0464 |
| 516465766 | | New Jersey Imaging Network, 27695 Network Place, Chicago, IL 60673-1276 |
| 516465771 | + | Ocwen Loan Servicing Llc, 12650 Ingenuity Dr, Orlando, FL 32826-2703 |
| 516465770 | + | Ocwen Loan Servicing Llc, Attn: Research Dept, 1661 Worthintong Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 516465773 | + | Richard A. Dickes, M.D., P.A., 310 Madison Avenue, Suite 220, Morristown, NJ 07960-6967 |
| 516465776 | + | Tax Collector - Borough of Morris Plains, 531 Speedwell Ave, Morris Plains, NJ 07950-2122 |
| 516574826 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 516465779 | + | TransUnion, P O Box 2000, Chester, PA 19016-2000 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 15 2021 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 15 2021 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Nov 15 2021 20:29:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY, Robertson Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton,, FL 33487, UNITED STATES 33487-2853 |
| 516465752 | + | EDI: TSYS2 | Nov 16 2021 01:28:00 | Barclays Bank Delaware, Po Box 8801, Wilmington, DE 19899-8801 |
| 516465753 | + | EDI: TSYS2 | Nov 16 2021 01:28:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 516465755 | | EDI: CAPITALONE.COM | Nov 16 2021 01:28:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 15, 2021 | Form ID: 3180W | Total Noticed: 42 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 516465754 | + | EDI: CAPITALONE.COM | Nov 16 2021 01:28:00 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516590587 | | EDI: BL-BECKET.COM | Nov 16 2021 01:28:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516686558 | + | EDI: LCIPHHMRGT | Nov 16 2021 01:28:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee fo, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 516681809 | + | Email/Text: RASEBN@raslg.com | Nov 15 2021 20:29:00 | Deutsche Bank National Trust Company, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518679531 | + | Email/Text: bankruptcynotice@franklincredit.com | Nov 15 2021 20:29:00 | Deutsche Bank National Trust Company, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 516465756 | | EDI: JPMORGANCHASE | Nov 16 2021 01:28:00 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 516465757 | | EDI: JPMORGANCHASE | Nov 16 2021 01:28:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 516465764 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 15 2021 20:29:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 516465763 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 15 2021 20:29:00 | Kohls/Capital One, Po Box 3120, Milwaukee, WI 53201-3120 |
| 516465768 | + | Email/Text: bnc@nordstrom.com | Nov 15 2021 20:29:20 | Nordstrom Fsb, Correspondence, Po Box 6555, Englewood, CO 80155-6555 |
| 516465769 | + | Email/Text: bnc@nordstrom.com | Nov 15 2021 20:29:20 | Nordstrom Fsb, 13531 E Caley Ave, Englewood, CO 80111-6505 |
| 516656814 | + | EDI: JEFFERSONCAP.COM | Nov 16 2021 01:28:00 | Nordstrom Fsb, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 516465770 | + | EDI: LCIPHHMRGT | Nov 16 2021 01:28:00 | Ocwen Loan Servicing Llc, Attn: Research Dept, 1661 Worthintong Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 516465772 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 15 2021 20:29:00 | PNC Bank, Consumer Loan Center, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 516684781 | | EDI: PRA.COM | Nov 16 2021 01:28:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 516685300 | | EDI: PRA.COM | Nov 16 2021 01:28:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 516675802 | | EDI: PRA.COM | Nov 16 2021 01:28:00 | Portfolio Recovery Associates, LLC, c/o Orchard Bank, POB 41067, Norfolk VA 23541 |
| 516465774 | + | Email/Text: bankruptcy@savit.com | Nov 15 2021 20:29:00 | Savit Coll, Po Box 250, East Brunswick, NJ 08816-0250 |
| 516465775 | + | Email/Text: bankruptcy@savit.com | Nov 15 2021 20:29:00 | Savit Coll, 46 W Ferris St, East Brunswick, NJ 08816-2159 |
| 516666343 | + | EDI: RMSC.COM | Nov 16 2021 01:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516465778 | | EDI: TFSR.COM | Nov 16 2021 01:28:00 | Toyota Motor Credit Co, 4 Gatehall Dr Ste 350, Parsippany, NJ 07054 |
| 516465777 | | EDI: TFSR.COM | Nov 16 2021 01:28:00 | Toyota Motor Credit Co, Po Box 8026, Cedar Rapids, IA 52408 |

TOTAL: 28

Case 16-30458-JKS    Doc 86    Filed 11/17/21    Entered 11/18/21 00:14:52    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 15, 2021 | Form ID: 3180W | Total Noticed: 42 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Deutsche Bank National Trust Company, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| cr | *+ | Deutsche Bank National Trust Company, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 516465762 | ##+ | J. Jill, PO Box 2006, 1000 Birch Pond Drive, Tilton, NH 03276-2006 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2021                              Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Ocwen Loan Servicing  LLC as servicer for ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Kevin M. Buttery | on behalf of Creditor Deutsche Bank National Trust Company kbuttery@moodklaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Miriam Rosenblatt | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY miriam.rosenblatt@mhllp.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Lease Trust rsolarz@kmllawgroup.com |
| Shauna M Deluca | on behalf of Creditor Deutsche Bank National Trust Company sdeluca@raslg.com |
| Shauna M Deluca | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY sdeluca@raslg.com |
| Sindi Mncina | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY smncina@raslg.com |
| Stephen M. Goldberg | on behalf of Joint Debtor Lisa Berkeley Kain bk2notices@smgpc.com  bk2notices@gmail.com |
| Stephen M. Goldberg | on behalf of Debtor Seth Lawrence Kain bk2notices@smgpc.com  bk2notices@gmail.com |

TOTAL: 11