Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−30458−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Seth Lawrence Kain                     Lisa Berkeley Kain
4 Crestview Court East                 4 Crestview Court East
Morris Plains, NJ 07950−2003           Morris Plains, NJ 07950−2003

Social Security No.:
xxx−xx−2066                            xxx−xx−8645

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 10/27/22 at 10:00 AM

to consider and act upon the following:

*91* − Amended Motion. Reason for Amendment: reserve creditor (related document:89 Motion to Reopen Case re: Discharge Mortgage. Fee Amount $ 235. filed by Debtor Seth Lawrence Kain, Joint Debtor Lisa Berkeley Kain) Filed by Dorothy L. Wright on behalf of Lisa Berkeley Kain, Seth Lawrence Kain. (Attachments: # 1 Certification # 2 Proposed Order to reopen case # 3 Proposed Order to Discharge Mortgage # 4 Certificate of Service) (Wright, Dorothy)

Dated: 9/21/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court