Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−30458−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Seth Lawrence Kain
4 Crestview Court East
Morris Plains, NJ 07950−2003

Lisa Berkeley Kain
4 Crestview Court East
Morris Plains, NJ 07950−2003

Social Security No.:
xxx−xx−2066

xxx−xx−8645

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 10/27/22 at 10:00 AM

to consider and act upon the following:

*91* − Amended Motion. Reason for Amendment: reserve creditor (related document:89 Motion to Reopen Case re: Discharge Mortgage. Fee Amount $ 235. filed by Debtor Seth Lawrence Kain, Joint Debtor Lisa Berkeley Kain) Filed by Dorothy L. Wright on behalf of Lisa Berkeley Kain, Seth Lawrence Kain. (Attachments: # 1 Certification # 2 Proposed Order to reopen case # 3 Proposed Order to Discharge Mortgage # 4 Certificate of Service) (Wright, Dorothy)

Dated: 9/21/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-30458-JKS |
| Seth Lawrence Kain | Chapter 13 |
| Lisa Berkeley Kain | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 21, 2022 | Form ID: ntchrgbk | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Seth Lawrence Kain, 4 Crestview Court East, Morris Plains, NJ 07950-2003 |
| jdb | | Lisa Berkeley Kain, 4 Crestview Court East, Morris Plains, NJ 07950-2003 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: RASEBN@raslg.com | Sep 21 2022 20:25:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY, Robertson Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton,, FL 33487, UNITED STATES 33487-2853 |
| cr | + Email/Text: RASEBN@raslg.com | Sep 21 2022 20:25:00 | Deutsche Bank National Trust Company, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| cr | + Email/Text: RASEBN@raslg.com | Sep 21 2022 20:25:00 | Deutsche Bank National Trust Company, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2022                          Signature:      /s/Gustava Winters

Case 16-30458-JKS    Doc 93    Filed 09/23/22    Entered 09/24/22 00:16:18    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 21, 2022 | Form ID: ntchrgbk | Total Noticed: 5 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Dorothy L. Wright | on behalf of Debtor Seth Lawrence Kain dorothy.wright@smgpc.com  bknoticesdlw@smgpc.com;bknoticesdlw@outlook.com |
| Dorothy L. Wright | on behalf of Joint Debtor Lisa Berkeley Kain dorothy.wright@smgpc.com  bknoticesdlw@smgpc.com;bknoticesdlw@outlook.com |
| Elizabeth L. Wassall | on behalf of Creditor Ocwen Loan Servicing  LLC as servicer for ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Kevin M. Buttery | on behalf of Creditor Deutsche Bank National Trust Company kbuttery@moodklaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Miriam Rosenblatt | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY miriam.rosenblatt@mhllp.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Lease Trust rsolarz@kmllawgroup.com |
| Shauna M Deluca | on behalf of Creditor Deutsche Bank National Trust Company sdeluca@hasbanilight.com  hllawpc@gmail.com |
| Shauna M Deluca | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY sdeluca@hasbanilight.com  hllawpc@gmail.com |
| Sindi Mncina | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY smncina@raslg.com |
| Stephen M. Goldberg | on behalf of Joint Debtor Lisa Berkeley Kain bk2notices@smgpc.com  bk2notices@gmail.com;bknoticessmg@outlook.com |
| Stephen M. Goldberg | on behalf of Debtor Seth Lawrence Kain bk2notices@smgpc.com  bk2notices@gmail.com;bknoticessmg@outlook.com |

TOTAL: 13