```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STEPHEN M. GOLDBERG, ESQ. PC
STEPHEN M. GOLDBERG, ESQ. (0478)
917 NORTH WASHINGTON AVENUE
GREEN BROOK, NEW JERSEY 08812
(732) 752-8834
Attorney for Debtor

In Re: SETH LAWRENCE KAIN and
       LISA BERKELEY-KAIN
```

Order Filed on October 27, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 16-30458/JKS

Adv. No.

Hearing Date: 10/27/2022 9:00 AM

## ORDER TO REOPEN CASE
## FOR LIMITED PURPOSE

The relief set forth on the following pages, numbered two (2) through two (2), is hereby **ORDERED.**

**DATED: October 27, 2022**

*/s/ John K. Sherwood*

Honorable John K. Sherwood
United States Bankruptcy Court

**Page 2)**
Debtor: SETH LAWRENCE KAIN and LISA BERKELEY-KAIN
Case No: 16-30458/JKS
Caption of Order: **ORDER TO REOPEN CASE and allow an ORDER TO DISCHARGE A 2ND MORTGAGE OF PNC BANK NATIONAL ASSOCIATION ON PROPERTY OWNED BY THE DEBTORS AT 4 CRESTVIEW COURT EAST, MORRIS PLAINS, NJ**

Upon consideration of Debtors' Motion in this matter and review of the filed certification and proof having been submitted as to service on all parties and the Bankruptcy Trustee, and good cause shown therefore, it is hereby

**ORDERED** that the within case be and is hereby reopened for the sole purpose to allow a Cancellation and Discharge of a 2nd Mortgage of PNC Bank National Association on property owned by the Debtors at 4 Crestview Court East, Morris Plains, NJ. This case will be closed upon the filing and resolution of said motion to Cancel and Discharge a 2nd Mortgage of PNC Bank National Association on property owned by the Debtors at 4 Crestview Court East, Morris Plains, NJ.