| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>STEPHEN M. GOLDBERG, ESQ. PC<br>STEPHEN M. GOLDBERG, ESQ. (0478)<br>917 NORTH WASHINGTON AVENUE<br>GREEN BROOK, NEW JERSEY 08812<br>(732) 752-8834<br>Attorney for Debtor | **Order Filed on October 27, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No. 16-30458/JKS |
| In Re: SETH LAWRENCE KAIN and<br>       LISA BERKELEY-KAIN | Adv. No.<br><br>Hearing Date: 10/27/2022 9:00 AM |

**ORDER TO REOPEN CASE**
**FOR LIMITED PURPOSE**

The relief set forth on the following pages, numbered two (2) through two (2), is hereby **ORDERED**.

**DATED: October 27, 2022**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**Page 2)**
Debtor: SETH LAWRENCE KAIN and LISA BERKELEY-KAIN
Case No: 16-30458/JKS
Caption of Order: **ORDER TO REOPEN CASE and allow an ORDER TO DISCHARGE A 2ND MORTGAGE OF PNC BANK NATIONAL ASSOCIATION ON PROPERTY OWNED BY THE DEBTORS AT 4 CRESTVIEW COURT EAST, MORRIS PLAINS, NJ**

---

Upon consideration of Debtors' Motion in this matter and review of the filed certification and proof having been submitted as to service on all parties and the Bankruptcy Trustee, and good cause shown therefore, it is hereby

**ORDERED** that the within case be and is hereby reopened for the sole purpose to allow a Cancellation and Discharge of a 2nd Mortgage of PNC Bank National Association on property owned by the Debtors at 4 Crestview Court East, Morris Plains, NJ. This case will be closed upon the filing and resolution of said motion to Cancel and Discharge a 2nd Mortgage of PNC Bank National Association on property owned by the Debtors at 4 Crestview Court East, Morris Plains, NJ.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                  Case No. 16-30458-JKS
Seth Lawrence Kain                                                                                     Chapter 13
Lisa Berkeley Kain
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2               User: admin                                       Page 1 of 2
Date Rcvd: Oct 27, 2022        Form ID: pdf903                              Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol      Definition**
\#                    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Seth Lawrence Kain, 4 Crestview Court East, Morris Plains, NJ 07950-2003 |
| jdb | | Lisa Berkeley Kain, 4 Crestview Court East, Morris Plains, NJ 07950-2003 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2022                      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Dorothy L. Wright | on behalf of Joint Debtor Lisa Berkeley Kain dorothy.wright@smgpc.com bknoticesdlw@smgpc.com;bknoticesdlw@outlook.com |
| Dorothy L. Wright | on behalf of Debtor Seth Lawrence Kain dorothy.wright@smgpc.com  bknoticesdlw@smgpc.com;bknoticesdlw@outlook.com |
| Elizabeth L. Wassall | on behalf of Creditor Ocwen Loan Servicing  LLC as servicer for ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |

Kevin M. Buttery
    on behalf of Creditor Deutsche Bank National Trust Company kbuttery@moodklaw.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Miriam Rosenblatt
    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY miriam.rosenblatt@mhllp.com

Rebecca Ann Solarz
    on behalf of Creditor Toyota Lease Trust rsolarz@kmllawgroup.com

Shauna M Deluca
    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY sdeluca@hasbanilight.com hllawpc@gmail.com

Shauna M Deluca
    on behalf of Creditor Deutsche Bank National Trust Company sdeluca@hasbanilight.com hllawpc@gmail.com

Sindi Mncina
    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY smncina@raslg.com

Stephen M. Goldberg
    on behalf of Joint Debtor Lisa Berkeley Kain bk2notices@smgpc.com bk2notices@gmail.com;bknoticessmg@outlook.com

Stephen M. Goldberg
    on behalf of Debtor Seth Lawrence Kain bk2notices@smgpc.com bk2notices@gmail.com;bknoticessmg@outlook.com

TOTAL: 13