| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>STEPHEN M. GOLDBERG, PC<br>STEPHEN M. GOLDBERG, ESQ. SMG0478<br>917 NORTH WASHINGTON AVENUE<br>GREEN BROOK, NEW JERSEY 08812<br>(732) 752-8834<br>ATTORNEY FOR DEBTORS | Order Filed on October 31, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>SETH LAWRENCE KAIN and<br>LISA BERKELEY KAIN,<br><br>Debtors | Case No:  16-36458<br>Chapter:  13<br>Hearing Date:  10/27/2022<br>Judge:  JKS |

**ORDER ON MOTION TO CANCEL AND DISCHARGE:**

☒ **MORTGAGE**     ☐ **LIEN**     ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: October 31, 2022**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐  The debtor's motion is denied.

☒  The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address)  4 CRESTVIEW COURT EAST, MORRIS PLAINS, NJ

Description of Mortgage/Judgment Lien:

   a. Original Mortgagee/Lienholder: PNC Bank National Association
   b. Current Assignee: _____
   c. Current Servicer: _____
   d. Date of Mortgage/Lien: June 18, 2007
   e. Date of Recordation: September 12, 2007
   f. Place of Recordation: Morris County Clerk's Office
      i. Mortgage Book: 20915
      ii. Page: 597
   g. Original Principal Balance of Mortgage/Lien: $ 157,000.00

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*