**STEPHEN M. GOLDBERG, P.C.**
ATTORNEYS AT LAW
917 North Washington Avenue
Green Brook, NJ 08812
732-752-8834 or 732-968-2000
Fax 732-968-4095
stephen.goldberg@smgpc.com
dorothy.wright@smgpc.com

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2022 NOV -3 P 2: 41

JEANNE A. NAUGHTON
BY: _____
DEPUTY CLERK

Stephen M. Goldberg, Esq.*
     * Rule 1:40 Approved Civil Mediator
Dorothy L. Wright, Esq.

                    November 2, 2022

Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

Attention: Bankruptcy Court Clerk

Re:  Seth Lawrence Kain and
     Lisa Berkeley Kain
     16-30458

Dear Sir:

     Enclosed is an Order that was entered in the above
matter by the Court on October 31, 2022.
     This Order requires that it must be certified by the
Bankruptcy Court to be effective.
     I am enclosing my check in the amount of $12.00 for
your certification fee and ask that you return the Order to
me in the enclosed envelope.
     If you have any questions, please contact me.

                    Very truly yours,
                    STEPHEN M. GOLDBERG, PC

                    DOROTHY L. WRIGHT, ESQ.

DLW:bs
 cc: Clients

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

STEPHEN M. GOLDBERG, PC
STEPHEN M. GOLDBERG, ESQ. SMG0478
917 NORTH WASHINGTON AVENUE
GREEN BROOK, NEW JERSEY 08812
(732) 752-8834
ATTORNEY FOR DEBTORS

Order Filed on October 31, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

SETH LAWRENCE KAIN and
LISA BERKELEY KAIN,

Debtors

Case No: _____16-36458_____

Chapter: _____13_____

Hearing Date: _____10/27/2022_____

Judge: _____JKS_____

## ORDER ON MOTION TO CANCEL AND DISCHARGE:

☒ **MORTGAGE**    ☐ **LIEN**    ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

DATED: October 31, 2022

Honorable John K. Sherwood
United States Bankruptcy Court

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address)  4  CRESTVIEW COURT EAST, MORRIS PLAINS, NJ

Description of Mortgage/Judgment Lien:

    a.  Original Mortgagee/Lienholder: PNC Bank National Association

    b.  Current Assignee: _____

    c.  Current Servicer: _____

    d.  Date of Mortgage/Lien: June 18, 2007

    e.  Date of Recordation: September 12, 2007

    f.  Place of Recordation: Morris County Clerk's Office

        i.  Mortgage Book: 20915

        ii.  Page: 597

    g.  Original Principal Balance of Mortgage/Lien: $ 157,000.00

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*



Law Offices, Clerk
MLK Jr. Federal Building
60 Walnut Street
Newark, NJ 07102

**Dorothy L. Wright, Esquire**
917 North Washington Avenue
Green Brook, New Jersey 08812