| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>STEPHEN M. GOLDBERG, PC<br>STEPHEN M. GOLDBERG, ESQ. SMG0478<br>917 NORTH WASHINGTON AVENUE<br>GREEN BROOK, NEW JERSEY 08812<br>(732) 752-8834<br>ATTORNEY FOR DEBTORS | Order Filed on October 31, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

In Re:

SETH LAWRENCE KAIN and
LISA BERKELEY KAIN,

Debtors

Case No: 16-36458

Chapter: 13

Hearing Date: 10/27/2022

Judge: JKS

**ORDER ON MOTION TO CANCEL AND DISCHARGE:**

☒ **MORTGAGE**   ☐ **LIEN**   ☐ **OTHER** (specify) _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: October 31, 2022**

*/s/ John K. Sherwood*

Honorable John K. Sherwood
United States Bankruptcy Court

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address)  4 CRESTVIEW COURT EAST, MORRIS PLAINS, NJ

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: PNC Bank National Association
b. Current Assignee: _____
c. Current Servicer: _____
d. Date of Mortgage/Lien: June 18, 2007
e. Date of Recordation: September 12, 2007
f. Place of Recordation: Morris County Clerk's Office
   i. Mortgage Book: 20915
   ii. Page: 597
g. Original Principal Balance of Mortgage/Lien: $ 157,000.00

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*

United States Bankruptcy Court

District of New Jersey

In re:  
Seth Lawrence Kain  
Lisa Berkeley Kain  
    Debtors

Case No. 16-30458-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Nov 01, 2022      Form ID: pdf903      Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**  
\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Seth Lawrence Kain, 4 Crestview Court East, Morris Plains, NJ 07950-2003 |
| jdb | | Lisa Berkeley Kain, 4 Crestview Court East, Morris Plains, NJ 07950-2003 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2022      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Dorothy L. Wright | on behalf of Joint Debtor Lisa Berkeley Kain dorothy.wright@smgpc.com  bknoticesdlw@smgpc.com;bknoticesdlw@outlook.com |
| Dorothy L. Wright | on behalf of Debtor Seth Lawrence Kain dorothy.wright@smgpc.com  bknoticesdlw@smgpc.com;bknoticesdlw@outlook.com |
| Elizabeth L. Wassall | on behalf of Creditor Ocwen Loan Servicing  LLC as servicer for ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Nov 01, 2022 | Form ID: pdf903 | Total Noticed: 2

Kevin M. Buttery
    on behalf of Creditor Deutsche Bank National Trust Company kbuttery@moodklaw.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Miriam Rosenblatt
    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY miriam.rosenblatt@mhllp.com

Rebecca Ann Solarz
    on behalf of Creditor Toyota Lease Trust rsolarz@kmllawgroup.com

Shauna M Deluca
    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY sdeluca@hasbanilight.com hllawpc@gmail.com

Shauna M Deluca
    on behalf of Creditor Deutsche Bank National Trust Company sdeluca@hasbanilight.com hllawpc@gmail.com

Sindi Mncina
    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY smncina@raslg.com

Stephen M. Goldberg
    on behalf of Joint Debtor Lisa Berkeley Kain bk2notices@smgpc.com bk2notices@gmail.com;bknoticessmg@outlook.com

Stephen M. Goldberg
    on behalf of Debtor Seth Lawrence Kain bk2notices@smgpc.com bk2notices@gmail.com;bknoticessmg@outlook.com

TOTAL: 13